### MEAD et al. v. GALLATIN et al.

**(Circuit Court of Appeals, Second Circuit. January 31, 1907.)**

**No. 128.**

In error to the Circuit Court of the United States for the Southern District of New York.

Jas. J. Allen and Charles A. Decker, for plaintiffs in error.
Wm. H. Harris and Paul R. Towne, for defendants in error.

Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. This is an action of ejectment, and involves the title to premises known as Nos. 4 and 5 South street in New York City. The general facts are the same as those which we have considered in Mead v. Chesbrough Building Company, 151 Fed. 998, and practically the same questions of law are involved. The decision in that case controls the present.

The judgment is affirmed.